# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Card Technology Corporation,** | Civil No. 05-2546 (MJD / SRN) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **DataCard Corporation,** | |
| **Defendant,** | |
| and | |
| **DataCard Corporation,** | |
| **Counterclaim Plaintiff,** | |
| v. | |
| **NBS Technologies, Inc. and<br>Card Technology Corporation,** | |
| **Counterclaim Defendants.** | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 2, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.   Plaintiff's motion to stay certain of Defendant's counterclaims pending the PTO's reexamination proceedings (Doc. No. 80) is GRANTED IN PART (to the extent that it seeks to

stay the Patent Counterclaims (Counts I & II) and DENIED IN PART (to the extent that it seeks to stay the Nigerian Counterclaim (Count V).

DATED:  February 21,  2007

                                              s/Michael J. Davis
                                              Michael J. Davis
                                              United States District Court Judge