UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Card Technology Corporation,**                             **Civil No. 05-2546 (MJD / SRN)**

      **Plaintiff,**
                                                      **ORDER**

   **v.**

**DataCard Corporation,**

      **Defendant,**

   **and**

**DataCard Corporation,**

      **Counterclaim Plaintiff,**

   **v.**

**NBS Technologies, Inc. and
Card Technology Corporation,**

      **Counterclaim Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 25, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1.    Defendant's motion to stay Plaintiff's Patent Claims pending the PTO's reexamination proceedings (Doc. No. 124) is GRANTED; and

    2.       Defendant's motion to join new parties and to add new counterclaims (Doc. No. 129) is DENIED AS MOOT WITHOUT PREJUDICE to its renewal upon the PTO's completion of the reexamination.

DATED: July 20, 2007.

                                            s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court Judge