
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Card Technology Corporation,

       Plaintiff

  v.

DataCard Incorporated,

       Defendant,

**ORDER**
Civil File No. 05-CV-02546
(MJD/SRN)

and

DataCard Corporation,

       Counterclaim Plaintiff,

NBS Technologies, Inc. and Card
Technology Corporation,

       Counterclaim Defendants.

---

James J. Long, Briggs and Morgan, P.A., Counsel for DataCard Corporation.

---

      Pursuant to the Order of this Court dated May 21, 2008, DataCard Corporation was directed to submit to the Court an affidavit setting forth the reasonable expenses incurred in connection with filing its motion for sanctions.

1

2

DataCard has submitted such affidavit, and after review the Court finds that the amount requested is reasonable. Accordingly,

IT IS HEREBY ORDERED that Card Technology Corporation shall pay to DataCard Corporation, by certified check or money order, attorney's fees in the amount of $34,555.00.

Date: July 7, 2008

                                                s / Michael J. Davis
                                                Michael J. Davis
                                                United States District Court